IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

Courtroom Deputy: Laura Galera     Date: September 4, 2013
Court Reporter:    Kara Spitler

Civil Action No. 13-cv-01491-RBJ

*Parties*:                           *Counsel*:

JONATHAN BATT,                       Matthew Osborne

    Plaintiff,

v.

CAPITAL ONE, N.A.,                   Jamie Siler

    Defendant.

### COURTROOM MINUTES

**HEARING:**   **RULE 16(b) SCHEDULING CONFERENCE**

**Court in session:**   **8:01 a.m.**

Appearances of counsel.

Discussion regarding background of case and pending motions.

Plaintiff will file his response to Defendant's Motion to Dismiss First Amended Complaint Pursuant to Fed. R. Civ. P. 12(b)(6) #[11] **in 30 days** if the case has not been resolved.

**ORDERED:**   Defendant's Motion to Dismiss Plaintiff's Complaint Pursuant to 12(b)(6) #[8] is MOOT.

**THE FOLLOWING WILL CONFIRM THE ACTIONS TAKEN AND DATES SET AT THE SCHEDULING CONFERENCE HELD THIS DATE:**
Deadline for Amendment of pleadings/Joinder of parties: **October 7, 2013.**

Discovery Cut-off: **December 5, 2013.**

Dispositive Motion Deadline: **December 19, 2013.**

Parties shall designate affirmative experts **on or before October 7, 2013.**

Parties shall designate rebuttal experts **on or before October 21, 2013.**

**FINAL PRETRIAL/TRIAL PREPARATION CONFERENCE** is set for **February 13, 2014 at 1:00 p.m.** before the Honorable Judge R. Brooke Jackson in Courtroom A-902, Ninth Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294. **Parties should exchange jury instructions in advance and be prepared to discuss them at this proceeding.**

**JURY TRIAL** is set for **March 10, 2014 at 9:00 a.m.** before the Honorable Judge R. Brooke Jackson in Courtroom A-902, Ninth Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294.

HEARING CONCLUDED.
**Court in recess:**    **8:15 a.m.**
Total time in court:    00:14